## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

DENISE DENNIS,

    Plaintiff,

v.                                        Case No. 8:17-cv-3021-T-24AAS

ONEMAIN FINANCIAL GROUP,
LLC d/b/a ONEMAIN FINANCIAL,

    Defendant.

_____/

## ORDER

This cause comes before the Court on the parties' Joint Motion to Stay Proceedings Pending Arbitration. (Doc. No. 7). Upon consideration, it is **ORDERED AND ADJUDGED** that:

(1)     The motion is **GRANTED**.

(2)     This matter is hereby **STAYED** pending arbitration.

(3)     The Clerk is instructed to **ADMINISTRATIVELY CLOSE** this case.

(4)     On November 1, 2018 and every two months thereafter, Plaintiff is directed to file a status report with the Court detailing the status of this case and the arbitration proceedings.

(5) Within 10 days after the final arbitration decision is issued, Plaintiff is directed to inform the Court whether this case needs to be reopened or whether it can be dismissed with prejudice.

(6) Any party may move to return this case to active status at any time.

**DONE AND ORDERED** at Tampa, Florida, this 21st day of February, 2018.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

<u>Copies to:</u>
Counsel of Record